■ SHEILA JACOBSON et al., Respondents, v LENORE FELDMAN et al., Appellants, et al., Defendant. [625 NYS2d 935] —Appeal by the defendants Lenore and George Feldman from an order of the Supreme Court, Nassau County (Murphy, J.), dated March 14, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Murphy at the Supreme Court. Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.